UNITED STATES DISTRICT COURT
Southern District of Florida

CASE NO.:11-62354-CIV-DIMITROULEAS

**DISABILITY ADVOCATES AND COUNSELING**
**GROUP, INC. and VATRICE PERRIN,**

    Plaintiffs,
vs.

**TACO BELL OF AMERICA, INC.,**
d/b/a Taco Bell,
6835 Taft Street, Hollywood, Florida,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT, AND REQUEST FOR APPROVAL**
**OF STIPULATION FOR SETTLEMENT AND SUBSEQUENT DISMISSAL**

    COME NOW, Plaintiffs and Defendant, by and through undersigned counsel, and hereby inform the Court of and request the following:

    This is an action under Title III of the Americans With Disabilities Act, 42 U.S.C. §12181, et seq. ("ADA"), pursuant to which Plaintiffs sought, *inter alia*, to compel Defendant, the owner, lessee and/or operator of the subject property, to modify the facilities to comply with the ADA.

    Plaintiffs and Defendant have entered into a Stipulation for Settlement regarding this matter, a copy of which is attached hereto. Pursuant to the Stipulation for Settlement, Plaintiffs and Defendant jointly move that this matter be dismissed, with the Court reviewing and approving the Stipulation for Settlement and retaining jurisdiction over this matter for the enforcement of the Stipulation for Settlement.

WHEREFORE, Plaintiffs and Defendant respectfully request the Court to enter the proposed Order submitted simultaneously with this notice, based upon the Stipulation for Settlement entered into herein.

| | |
|---|---|
| **LAW OFFICES OF**<br>**WILLIAM NICHOLAS CHAROUHIS & ASSOCIATES, PA**<br>Counsel for Plaintiff | **FOWLER WHITE BURNETT P.A.**<br>Counsel for Defendant |
| By: *s / William Nicholas Charouhis*<br>William N. Charouhis, Esq.<br>Florida Bar No.: 510076<br>Suite 1750 • Brickell Bayview Centre<br>Eighty Southwest Eighth Street<br>Miami, Florida 33130<br>Tel.: 786.279.5707<br>Fax : 305.377.8416<br>wnc@wnclaw.net | By: *s / Kristina A. Delgado*<br>Kristina A. Delgado, Esq<br>Florida Bar No.: 015916<br>Espirito Santo Plaza, 14th Floor<br>1395 Brickell Avenue<br>Miami, Florida 33131-3302<br>Tel.: 305.789.9200<br>Fax.: 305.789.9201<br>kdelgado@fowler-white.com |
| Dated: May 17, 2012 | Dated: May 17, 2012 |