UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62354-CIV-DIMITROULEAS

DISABILITY ADVOCATES AND
COUNSELING GROUP, INC. and VATRICE
PERRIN,

       Plaintiffs,

vs.

TACO BELL OF AMERICA, INC., d/b/a Taco
Bell, 6835 Taft Street, Hollywood, Florida,

       Defendant.

_____/

## FINAL ORDER APPROVING SETTLEMENT AND DISMISSING WITH PREJUDICE

THIS CAUSE is before the Court upon the Joint Notice of Settlement and Request for

Approval of Stipulation for Settlement and Subsequent Dismissal [DE 23], filed herein on May

17, 2012.  This Court has the responsibility of approving settlement agreements for cases arising

under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. *See Lynn's Food Stores v. U.S. Dep't

of Labor,* 679 F.2d 1350, 1353 (11th Cir. 1982).  The Court has carefully considered the Motion,

the Settlement Agreement attached thereto [DE 23-1], and is otherwise fully advised in the

premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Joint Notice of Settlement and Request for Approval of Stipulation for

    Settlement and Subsequent Dismissal [DE 23] is hereby **GRANTED**;

2.     The Settlement Agreement [DE 23-1] is hereby **APPROVED**;

3.     The above-styled case is hereby **DISMISSED with prejudice**;

4.     This Court shall retain jurisdiction to enforce the terms of the Stipulation for

Settlement;

5.      The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

17th day of May, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge


Copies furnished to:
Counsel of record